409 A.2d 329

**Mary Kaza JOHNSON, Appellant,**

v.

**Alma G. JOHNSON.**

Supreme Court of Pennsylvania.

Submitted Sept. 17, 1979.

Decided Dec. 21, 1979.

Stephen L. Dugas, Glass, Glass & Dugas, Johnstown, for appellant.

Philip C. Ursu, Miller, Cope & Ursu, Indiana, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

This appeal is from a decree entered in the Court of Common Pleas, Orphans' Court Division, of Indiana County,

entered on August 15, 1978. The record reveals this appeal was filed in the court below, as required by Pa.R.A.P. 902, on October 25, 1978.

This appeal being untimely filed, it is ordered quashed. Pa.R.A.P. 903. Each party to bear own costs.

MANDERINO, J., did not participate in the decision of this case.